```
 1  JOHN A. RUSSO, City Attorney, State Bar #129729
    RANDOLPH W. HALL, Assistant City Attorney, State Bar #080142
 2  JAMES F. HODGKINS, Supervising Trial Attorney, State Bar #142561
    CHARLES E. VOSE, Senior Deputy City Attorney, State Bar #139700
 3  One Frank Ogawa Plaza, 6th Floor
    Oakland, California 94612
 4  Telephone: (510) 238-2961    Fax: (510) 238-6500
    cevose@oaklandcityattorney.org
 5  26266/587985

 6  Attorneys for Defendants
    CITY OF OAKLAND and
 7  CHIEF WAYNE TUCKER
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S. By and Through His Guardian Ad Litem Laurian Studesville,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER, in his official capacity as Chief of Police for the City of Oakland; ALAN LEAL, individually, and in his capacity as a police officer for the City of Oakland; and City of Oakland police officers DOES 1-25, inclusive,<br><br>    Defendants. | Case No. C09-03004 CW<br><br>**STIPULATION AND ORDER TO CONTINUE DATE TO FILE RESPONSIVE PLEADING**<br><br><br><br><br><br><br><br><br><br>HONORABLE CLAUDIA WILKEN |

The parties to the above captioned litigation hereby stipulate, by and through their undersigned counsel of record, to continue the date for Defendants City of Oakland and Chief Wayne Tucker to file responsive pleadings in this case from August 6, 2009 to August 27, 2009.

The reason for this stipulation is the parties are currently negotiating on the filing of a First Amended Complaint in this matter in order to avoid defendants filing a Motion to Dismiss pursuant to F.R.C.P. Rule 12(b)(6).

```
 1
    DATED: JULY 31, 2009
 2
                                JOHN A. RUSSO, City Attorney
 3                              RANDOLPH W. HALL, Assistant City Attorney
                                JAMES F. HODGKINS, Supervising Trial Attorney
 4                              CHARLES E. VOSE, Senior Deputy City Attorney
 5
 6                        By:                    /s/
                                Attorneys for Defendants
 7                              CITY OF OAKLAND and
                                CHIEF WAYNE TUCKER
 8
 9  DATED: JULY 31, 2009
10                              ADANTE POINTER, ESQ.
11
12
                          By:                    /s/
13                              Attorney for Plaintiffs
                                L.S., BY AND THROUGH HIS G.A.L.
14                              LAURIAN STUDESVILLE
15
16
17
18
19
20
21
22
23
24
25
26
```

## ORDER

Pursuant to stipulation of the parties and good cause appearing therefore, it is hereby ordered that the date for Defendants City of Oakland and Chief Wayne Tucker to file responsive pleadings in this case is continued from August 6, 2009 to August 27, 2009.

IT IS SO ORDERED.

Dated: 8/4/09

CLAUDIA WILKEN
U.S. District Court Judge