1  JOHN A. RUSSO, City Attorney, State Bar #129729
   RANDOLPH W. HALL, Assistant City Attorney, State Bar #080142
2  JAMES F. HODGKINS, Supervising Trial Attorney, State Bar #142561
   CHARLES E. VOSE, Senior Deputy City Attorney, State Bar #139700
3  One Frank Ogawa Plaza, 6th Floor
   Oakland, California  94612
4  Telephone: (510) 238-2961     Fax: (510) 238-6500
   cevose@oaklandcityattorney.org
5  26266/591307

6  Attorneys for Defendants
   CITY OF OAKLAND and
7  CHIEF WAYNE TUCKER

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10
   L.S. By and Through His Guardian Ad Litem    |   Case No. C09-03004 CW
11 Laurian Studesville,                         |
                                                |   STIPULATION AND ORDER TO
12              Plaintiff,                      |   CONTINUE DATE TO FILE
                                                |   RESPONSIVE PLEADING
13       v.                                     |
14 THE CITY OF OAKLAND, a municipal             |
   corporation; WAYNE TUCKER, in his official   |
15 capacity as Chief of Police for the City of  |
   Oakland; ALAN LEAL, individually, and in     |
16 his capacity as a police officer for the City of |
   Oakland; and City of Oakland police officers |
17 DOES 1-25, inclusive,                        |
                                                |
18              Defendants.                     |
                                                |   HONORABLE CLAUDIA WILKEN
19

20       The parties to the above captioned litigation hereby stipulate, by and through their

21 undersigned counsel of record, to continue the date for Defendants City of Oakland and

22 Chief Wayne Tucker to file responsive pleadings in this case from August 27, 2009 to

23 September 14, 2009.

24       The reason for this stipulation is the parties are currently negotiating on the filing of

25 a Motion to Dismiss pursuant to F.R.C.P. Rule 12(b)(6).

26

```
 1  DATED: AUGUST 24, 2009
 2
 3                              JOHN A. RUSSO, City Attorney
                                RANDOLPH W. HALL, Assistant City Attorney
                                JAMES F. HODGKINS, Supervising Trial Attorney
 4                              CHARLES E. VOSE, Senior Deputy City Attorney
 5
 6                       By:  _____/s/_____
                                Attorneys for Defendants
 7                              CITY OF OAKLAND and
                                CHIEF WAYNE TUCKER
 8
 9  DATED: AUGUST 24, 2009
10                              ADANTE POINTER, ESQ.
11
12
                         By:  _____/s/_____
13                              Attorney for Plaintiffs
                                L.S., BY AND THROUGH HIS G.A.L.
14                              LAURIAN STUDESVILLE
15
16
17
18
19
20
21
22
23
24
25
26
```

## ORDER

Pursuant to stipulation of the parties and good cause appearing therefore, it is hereby ordered that the date for Defendants City of Oakland and Chief Wayne Tucker to file responsive pleadings in this case is continued from August 24, 2009 to September 14, 2009.

IT IS SO ORDERED.

Dated: 8/25/09

CLAUDIA WILKEN
U.S. District Court Judge