1  **JOHN L. BURRIS (State Bar No.: 69888)**
   **ADANTÉ D. POINTER (State Bar No. 236229)**
2  LAW OFFICES OF JOHN BURRIS
   Airport Corporate Center
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone:    (510) 839-5200
   Facsimile:     (510) 839-3882
5

6

7  Attorneys for Plaintiff
   L.S., BY AND THROUGH HIS
8  G.A.L. LAURIAN STUDESVILLE

9

10
                    **UNITED STATES DISTRICT COURT**
11
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12

13

14

15

16 | L.S., BY AND THROUGH HIS           ) | Case No.: C 09-03004 CW
   | G.A.L. LAURIAN STUDESVILLE         ) |
17 |                                    ) | STIPULATION & ORDER
   |                                    ) | TO CONTINUE CMC & 12(b)(6) HEARING
18 |        Plaintiff,                  ) | DATES
   |                                    ) |
19 |     v.                             ) |
   |                                    ) |
20 | CITY OF OAKLAND, a municipal       ) |
   | corporation; WAYNE TUCKER, In his  ) |
21 | official capacity as Chief of Police for the ) |
   | City of Oakland, ALAN LEAL, individually, ) |
22 | and in his official capacity a police officer for ) |
   | the City of Oakland; and City of Oakland ) |
23 | police officers DOES 1-25, inclusive, ) |
   |                                    ) |
24 |        Defendants.                 ) |

25

1   THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD HEREBY,
2   AGREE TO AND RESPECTFULLY REQUESTED, the Court continue the Initial Case
3   Management Conference and the hearing on Defendant ALAN LEAL'S F.R.C.P 12(b)(6)
4   Motion to Dismiss from the currently scheduled date of November 12, 2009 to December 10,
5   2009, or some later date that is convenient to the Court and the parties.

6   Good cause for continuing the Initial Case Management Conference and Defendant
7   LEAL's Motion to Dismiss is based upon the fact that Plaintiff's counsel is set to begin a jury
8   trial before Magistrate Judge Joseph C. Spero on November 9, 2009.  That trial is scheduled to
9   last 5 days and hence plaintiff's counsel will be unavailable to attend the November 12, 2009,
    conference and hearing before this Court.

10  In light of the foregoing, the parties, by and through their attorneys of record respectfully
11  request this Court continue the November 12, 2009, to December 10, 2009, or some later date
12  that is convenient to the Court and the parties.

Dated:  October 12, 2009                    LAW OFFICES OF JOHN L. BURRIS

                                            /s/
                                            ADANTE D. POINTER
                                            Counsel for the Plaintiff


Dated:   October 12, 2009                   CITY ATTORNEY'S OFFICE OF
                                            OAKLAND



                                            /s/
                                            CHARLES VOSE
                                            Counsel for the City of Oakland and
                                            Chief Wayne Tucker

1 | Dated:   October 13, 2009                                          BURNHAM & BROWN

  
                                                                               /s/
                                                          JAMES HIGA
                                                         Counsel for the Alan Leal

### ORDER

The Initial Case Management Conference and the Hearing on Defendant Alan Leal's Motion to Dismiss shall be held on **December 10, 2009, at 2 p.m.**

IT IS SO ORDERED.

Dated:  October   15  , 2009

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE