John J. Verber, State Bar No. 139917
James Y. Higa, State Bar No. 225683
BURNHAM BROWN
A Professional Law Corporation
P. O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666
Email:    jverber@burnhambrown.com
          jhiga@burnhambrown.com

Attorneys for Defendant
ALAN LEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S., by and through his guardian ad litem, LAURIAN STUDESVILLE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER, in his official capacity as Chief of Police for the City of Oakland; ALAN LEAL, individually, and in his capacity as a police officer for the City of Oakland; and City of Oakland police officers DOES 1-25, inclusive,<br><br>Defendants. | Case No. C09-03004 CW<br><br>**STIPULATION AND ORDER CONTINUE DATE FOR DEFENDANT ALAN LEAL'S RESPONSIVE PLEADING** |

WHEREAS, on July 2, 2009, Plaintiff filed his Complaint in the above-captioned matter;

WHEREAS, on September 28, 2009, in lieu of an Answer to Plaintiffs' Complaint, Defendant ALAN LEAL filed a Motion to Dismiss Plaintiff's State Law Claims Under Rule 12(b)(6);

///

///

1  WHEREAS, on December 2, 2009, the Court issued an Order Granting with Leave to Amend Defendant Leal's Motion to Dismiss, permitting Plaintiff to amend his Complaint in accordance with the Order, such Amended Complaint to be filed within 21 days of the date of the Order;

WHEREAS, on December 7, 2009, Plaintiff's counsel confirmed he will file an Amended Complaint on Plaintiff's behalf, pursuant to the Court's Order, on or before December 23, 2009;

WHEREAS, any responsive pleading prepared by Defendant ALAN LEAL to Plaintiff's original Complaint—an obligation triggered by the Court's Order on the Motion to Dismiss—will be rendered superfluous by Plaintiff's forthcoming filing of an Amended Complaint;

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, DO HEREBY STIPULATE, AGREE AND RESPECTFULLY SUBMIT TO THE COURT THAT:

Defendant ALAN LEAL shall only be required to file a responsive pleading to Plaintiff's forthcoming Amended Complaint. The operative deadline for Defendant ALAN LEAL's filing of a responsive pleading shall be triggered by Plaintiff's filing of his Amended Complaint, set to occur on or before December 23, 2009.

IT IS SO STIPULATED.

DATED:  December 8, 2009                         BURNHAM BROWN

By_____
   JAMES Y. HIGA
   Attorneys for Defendant
   ALAN LEAL

| | | |
|---|---|---|
| 1 | DATED: December ___, 2009 | LAW OFFICES OF JOHN L. BURRIS |
| 2 | | |
| 3 | | By_____ |
| 4 | | ADANTE D. POINTER |
| | | Attorneys for Plaintiff |
| 5 | | L.S., by and through his guardian ad litem, LAURIAN STUDESVILLE |
| 6 | 980304 | |

3
STIPULATION AND [PROPOSED] ORDER CONTINUE DATE FOR DEFENDANT   No. C09-03004 CW
ALAN LEAL'S RESPONSIVE PLEADING

1  DATED: December _21__, 2009

        */s/ Claudia Wilken*

_____
HONORABLE CLAUDIA WILKEN
JUDGE OF THE UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER CONTINUE DATE FOR DEFENDANT ALAN LEAL'S RESPONSIVE PLEADING   No. C09-03004 CW