John J. Verber, State Bar No. 139917
James Y. Higa, State Bar No. 225683
BURNHAM BROWN
A Professional Law Corporation
P. O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:     (510) 835-6666
Email:     jverber@burnhambrown.com
           jhiga@burnhambrown.com

Attorneys for Defendant
ALAN LEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S., by and through his guardian ad litem, LAURIAN STUDESVILLE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER, in his official capacity as Chief of Police for the City of Oakland; ALAN LEAL, individually, and in his capacity as a police officer for the City of Oakland; and City of Oakland police officers DOES 1-25, inclusive,<br><br>Defendants. | Case No. C09-03004 CW<br><br>**STIPULATION AND ORDER TO CONTINUE DATE FOR COMPLETION OF MEDIATION** |

WHEREAS, on July 2, 2009, Plaintiff filed his Complaint in the above-captioned matter;

WHEREAS this Court had previously set a Court-connected mediation completion date of December 23, 2009, and had assigned Gail Killefer, Esq. as the Court-appointed mediator to hear this matter;

///

///

WHEREAS, on November 3, 2009, Ms. Killefer initiated a premediation conference call with respective counsel for each party in the effort to preview the case and to set a date for mediation;

WHEREAS, on November 3, 2009, Defendant ALAN LEAL's Motion to Dismiss Pursuant to Fed. R. Civ. Proc. 12(b)(6) was still pending, and, consequently, the nature of claims pending and parties involved in the case at that time remained uncertain and in dispute;

WHEREAS, on November 3, 2009, in light of Defendant ALAN LEAL's pending Motion, Ms. Killefer and respective counsel for each party agreed the matter was not ready for mediation, and, accordingly, set a further premediation conference call for January 5, 2010, assuming all issues regarding parties and claims would be resolved by that time.

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, DO HEREBY STIPULATE, AGREE AND RESPECTFULLY SUBMIT TO THE COURT THAT:

The deadline for completion of Court-connected mediation be continued to March 31, 2010, or such other time as the Court deems appropriate.

IT IS SO STIPULATED.

DATED: December 22, 2009          BURNHAM BROWN

                                  By_____/s/_____
                                     JAMES Y. HIGA
                                     Attorneys for Defendant
                                     ALAN LEAL


DATED: December 22, 2009          OAKLAND CITY ATTORNEY'S OFFICE

                                  By_____/s/_____
                                     CHARLES E. VOSE
                                     Attorneys for Defendant
                                     CITY OF OAKLAND and WAYNE TUCKER

DATED:  December 22, 2009               LAW OFFICES OF JOHN L. BURRIS

                                        By_____/s/_____
                                            ADANTE D. POINTER
                                            Attorneys for Plaintiff
                                            L.S., by and through his guardian ad litem,
                                            LAURIAN STUDESVILLE

DATED:  December 30, 2009

                                        _____
                                        HONORABLE CLAUDIA WILKEN
                                        JUDGE OF THE UNITED STATES DISTRICT
                                        COURT

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

982373