UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| L.S.,<br>   Plaintiff,<br> v.<br>CITY OF OAKLAND, et al.,<br>   Defendants.<br>_____/ | No. C 09-3004 CW MED<br><br>**ORDER GRATNING REQUESTS FOR WAYNE TUCKER AND ALAN LEAL NOT TO ATTEND THE MEDIATION SESSION**<br><br>Date:  March 30, 2010<br>Mediator: Gail Killefer |

  IT IS HEREBY ORDERED that the requests for defendants Wayne Tucker and Alan Leal not to appear at the March 30, 2010 mediation before Gail Killefer are GRANTED.

  IT IS SO ORDERED.

March 19, 2010    By:   *Elizabeth D. Laporte*

Dated            Elizabeth D. Laporte
                 United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California