**JOHN L. BURRIS (State Bar No.: 69888)**
**ADANTÉ D. POINTER (State Bar No. 236229)**
LAW OFFICES OF JOHN BURRIS
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:   (510) 839-5200
Facsimile:   (510) 839-3882

Attorneys for Plaintiff
L.S., BY AND THROUGH HIS
G.A.L. LAURIAN STUDESVILLE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S., BY AND THROUGH HIS G.A.L. LAURIAN STUDESVILLE<br><br>                    Plaintiff,<br><br>     v.<br><br>CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER, In his official capacity as Chief of Police for the City of Oakland, ALAN LEAL, individually, and in his official capacity a police officer for the City of Oakland; and City of Oakland police officers DOES 1-25, inclusive,<br><br>                    Defendants. | Case No.: 4:09-cv-03004-CW<br><br>STIPULATION & ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD HEREBY,

AGREE TO AND RESPECTFULLY REQUEST, the Court continue the Case Management

---

STIPULATION & [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
4:09-cv-03004-CW

1

Conference from the currently scheduled date of November 18, 2010 at 2:00 p.m. to November 30, 2010 at 2:00 p.m. or some later date that is convenient to the Court and the parties.

Good cause for continuing the Case Management Conference is based upon the fact that Plaintiff's counsel is unavailable to appear on November 18, 2010 at 2:00 p.m. due to a scheduling conflict with another matter.

The stipulated continuance sets the Case Management Conference on November 30, 2010 at 2:00 p.m., a date available on the Court's calendar. The stipulated continuance reflects the parties' good faith and reasonable attempt to accommodate the conflict presented by the schedule of counsel for Plaintiffs in this matter.

In light of the foregoing, the parties, by and through their attorneys of record respectfully request this Court continue the Case Management Conference currently scheduled for November 18, 2010 at 2:00 p.m. to November 30, 2010 at 2:00 p.m., or some later date that is convenient to the Court and the parties.

Dated: October 29, 2010                LAW OFFICES OF JOHN L. BURRIS

                                       /s/ Adanté D. Pointer
                                       John L. Burris, Esq.
                                       Adanté D. Pointer, Esq.
                                       Counsel for the Plaintiff

Dated: November 1, 2010                RANKIN, SPROAT, MIRES, BEATY & REYNOLDS

                                       /s/ Geoffrey A. Beaty
                                       Geoffrey A. Beaty, Esq.
                                       Kevin R. Mintz, Esq.
                                       Counsel for the City of Oakland and
                                       Chief Wayne Tucker

Dated: November 1, 2010                BURNHAM BROWN

                                       /s/ Aimee G. Hamoy-Perera
                                       Aimee G. Hamoy-Perera, Esq.
                                       Counsel for the Alan Leal

STIPULATION & [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
4:09-cv-03004-CW

2

**ORDER**

1. The CMC currently scheduled for November 18, 2010 at 2:00 p.m. is hereby **CONTINUED** to November 30, 2010 at 2:00 p.m.

IT IS SO ORDERED.

Dated:  November 2, 2010

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE