**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

L.S.,                                                No. C 09-03004 CW

      Plaintiff,                              ORDER RE TRIAL DATE

  v.

CITY OF OAKLAND,

      Defendant.

_____/

At the pretrial conference it was resolved that if the
availability of the February 7, 2011 trial date could not be
confirmed by February 3, the February 7 date would be vacated and
re-scheduled.  As of February 3, the trial date cannot be confirmed
due to an older, conflicting trial which has not settled.
Accordingly, the February 7 trial date in this case is vacated.
The parties are ordered to schedule a further settlement conference
with Magistrate Judge Larsen as soon as he is available, and to
request a further case management conference on the first available
Tuesday after that settlement conference, at 2 pm.

Dated: 2/3/2011

CLAUDIA WILKEN
United States District Judge