John J. Verber, State Bar No. 139917
Aimee Hamoy-Perera, State Bar No. 221228
BURNHAM BROWN
A Professional Law Corporation
P. O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:      (510) 835-6666
Email:      jverber@burnhambrown.com
                 ahamoy-perera@burnhambrown.com

Attorneys for Defendant
ALAN LEAL

**IT IS SO ORDERED**

Judge James Larson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.S., by and through his guardian ad litem, LAURIAN STUDESVILLE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER, in his official capacity as Chief of Police for the City of Oakland; ALAN LEAL, individually, and in his capacity as a police officer for the City of Oakland; and City of Oakland police officers DOES 1-25, inclusive,<br><br>Defendants. | Case No. 4:09-cv-03004-CW<br><br>**APPLICATION TO EXCUSE OFFICER ALAN LEAL FROM MANDATORY SETTLEMENT CONFERENCE**<br><br><br>Complaint Filed:   July 2, 2009 |

///

///

///

///

///

///

///

1  Defendant ALAN LEAL hereby requests that he be excused from personally appearing at
2  the Mandatory Settlement Conference scheduled for March 8, 2011. The parties have met and
3  conferred and Plaintiff's counsel has no objection to Defendant not being personally present at
4  the Mandatory Settlement Conference. Further, the City of Oakland will have a representative
5  with settlement authority present at the conference.

7  DATED: March 1, 2011                    Respectfully submitted,

8                                          BURNHAM BROWN

10                                         By /S/ Aimee Hamoy-Perera
                                              _____
11                                            AIMEE HAMOY-PERERA
                                              Attorneys for Defendant
12                                            ALAN LEAL

14  1061677